

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00691-CR

The **STATE** of Texas,
Appellant

v.

Fernando **ROQUIEL-TOPOF**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2022CVK001352D1
Honorable Jose  A. Lopez, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's opinion of this date, we WITHDRAW our August 12, 2025 opinion and judgment in this case; REVERSE the trial court's order granting Fernando Roquiel-Topof's request for habeas relief; RENDER judgment denying Roquiel-Topof's habeas relief; and REINSTATE the information charging Roquiel-Topof with the misdemeanor offense of criminal trespass.

SIGNED October 29, 2025.

_____
Velia J. Meza, Justice